**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

J. L. B.,                                           : No. 49 WM 2015
                                                    :
        Petitioner        :
    v.                                :
                                                    :
S. A. T.,                                           :
                                                    :
        Respondent        :
                                                    :
                                                    :
S. A. T.,                                           :
                                                    :
        Respondent        :
    v.                                :
                                                    :
J. L. B.,                                           :
                                                    :
        Petitioner        :
                                                    :
                                                    :
D. J. B.,                                           :
                                                    :
        Respondent        :
    v.                                :
                                                    :
J. L. B.,                                           :
                                                    :
        Petitioner        :
                                                    :
                                                    :
J. L. B.,                                           :
                                                    :
        Petitioner        :
    v.                                :
                                                    :
D. J. B.,                                           :
                                                    :
        Respondent        :

## ORDER

**AND NOW**, this 7th day of August, 2015, Petitioner's application for immediate stay and application seeking this Court's exercise of extraordinary jurisdiction over the above-listed matters so as to rectify alleged due process-implicating delay occurring in the Court of Common Pleas of Cambria County--Family Division, are hereby **DENIED**. By so doing, we allow Petitioner to obtain the hearing that he himself requested of the lower court in his "Demand for Hearing Regarding Jurisdiction" and which the court has scheduled for today, August 7, 2015.

Correale F. Stevens, J.